# UNITED STATES DISTRICT COURT
### DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
| v. | |
| JOSHUA CISLO | Case Number: CR 19-3-M-DWM-1 <br> USM Number: 20121-006 <br> Michael P. Sherwood <br> Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) Mand. No. 3 and Special No. 3 of the term of supervision.

☐ was found in violation of condition(s)     after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 (Mand. Cond. No. 3) | Positive urinalysis and admitted use – methamphetamine | 09/07/2021 |
| 2 (Mand. Cond. No. 3) | Positive sweat patch – methamphetamine and amphetamine | 09/23/2021 |
| 3 (Mand. Cond. No. 3) | Positive sweat patch – methamphetamine and amphetamine | 09/30/2021 |
| 4 (Mand. Cond. No. 3) | Positive sweat patch – methamphetamine, amphetamine, and cocaine | 10/21/2021 |
| 5 (Sp. Cond. No. 3) | Tampering with sweat patch | 10/14/2021 |
| 6 (Sp. Cond. No. 3) | Failure to appear for random urinalysis testing | 10/18/2021 |
| 7 (Sp. Cond. No. 3) | Failure to appear for removal of sweat patch | 10/27/2021 |
| 8 (Mand. Cond. No. 3) | Admitted use of methamphetamine | 11/09/2021 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)     and is discharged as to such violation(s).

☐ Violation(s)     is/are dismissed.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 8133

Defendant's Year of Birth: 1986

City and State of Defendant's Residence:
Kalispell, Montana

December 1, 2021
Date of Imposition of Judgment

Signature of Judge

Donald W. Molloy, District Judge
Name and Title of Judge

December 1, 2021
Date

DEFENDANT: JOSHUA CISLO
CASE NUMBER: CR 19-3-M-DWM-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **14 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____  ☐ a.m.  ☐ p.m.  on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

DEFENDANT:     JOSHUA CISLO
CASE NUMBER:   CR 19-3-M-DWM-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **NONE.**